**Opinion issued March 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00573-CR**

———————————

**JESSICA LEAH FORMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Case No. 1760416**

**MEMORANDUM OPINION**

Appellant Jessica Leah Forma appealed the trial court's judgment and sentence of July 23, 2024. On February 20, 2025, Appellant filed a "Motion to Dismiss Appeal," stating that she "does not wish to prosecute the appeal and requests

the . . . [C]ourt to dismiss this appeal." Appellant and her attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We deny any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).